IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

MICHELLE LEANN MENSEN,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant

No. C13-0121

ORDER GRANTING APPLICATION
FOR ATTORNEY FEES

This matter comes before the Court on the Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (docket number 18) filed by the Plaintiff on January 20, 2015, and the Response (docket number 19) filed by the Defendant on February 2. Plaintiff requests that the Court order attorney fees in the amount of $5,982.76, and costs in the amount of $400. According to the response, Defendant "has no objection to plaintiff's request." The Court finds the application should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 18) is **GRANTED**. Judgment will be entered in favor of the Plaintiff in the amount of Five Thousand Nine Hundred Eighty-Two Dollars and seventy-six cents ($5,982.76) to be paid by the Social Security Administration and costs in the amount of Four Hundred Dollars ($400.00) to be paid from the Judgment Fund administered by the Department of the Treasury.

DATED this 2nd day of February, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA